IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCISCO DOMINGUEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-05-1713 |
| | § | Criminal Action No. H-03-188 |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |
| | § | |

## FINAL JUDGMENT

As Francisco Dominguez's Motion to Vacate, Set Aside, or Correct Sentence has been denied (Civil Document #1, Criminal Document #36) and the Government's Motion to Dismiss (Criminal Document #38) has been granted, the Court hereby DISMISSES Francisco Dominguez's section 2255 motion.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 11th day of August, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge